UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CARLA MOORE

CASE NO. 3:19CV1063(MPS)

Vs.

STATE OF CONNECTICUT
DEPARTMENT OF CORRECTIONS

## JUDGMENT

This action came to trial before the Court, before the Honorable Michael P. Shea, United States District Judge. The issues having been tried and a decision having been rendered, and

The court having considered the full record of the case, including applicable principles of law, filed a Memorandum of Decision on June 8, 2022 finding for the defendant on the plaintiff's hostile work environment claim; it is therefore

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant dismissing the case.

Dated at Hartford, Connecticut June 8, 2022.

DINAH MILTON KINNEY, Clerk

By _____/s/_____
Devorah Johnson
Deputy Clerk

EOD 6/8/2022